Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KingVision Pay-Per-View, Ltd., | CASE NO. CV 09-218 MMC |
| Plaintiff, | ORDER ~~(Proposed)~~ |
| vs. | GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| Jose Maximiliano Montecinos, et al. | |
| Defendants. | |

**ORDER** ~~(Proposed)~~

   It is hereby ordered that the Case Management Conference in civil action number CV 09-218 MMC styled *KingVision Pay-Per-View, Ltd. v. Jose Maximiliano Montecinos, et al.*, is hereby continued from 10:30 am, Friday, April 24, 2009, to 10:30 a.m., Friday, June 19, 2009.

   The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

   Plaintiff shall also serve a copy of this Order on the ~~Defendant~~ Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

///

ORDER (Proposed)
CASE NO. CV 09-218 MMC
PAGE 1

1

2  IT IS SO ORDERED:

3

4

5  _[signature: Maxine M. Chesney]_                         Dated: April 10, 2009

6  THE HONORABLE MAXINE M. CHESNEY
   United States District Court
7  Northern District of California

8

9  ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

ORDER (Proposed)
CASE NO. CV 09-218 MMC
PAGE 2