IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

 v.

JOSE MAXIMILIANO MONTECINOS, et al.,

    Defendants.
               /

No. CV-09-0218 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** KingVision's application is hereby GRANTED, and KingVision shall have judgment against the Montecinos in the amount of $6000.

Dated: July 24, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk