IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., | No. C 09-0218 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S APPLICATION FOR APPEARANCE AND EXAMINATION** |
| v. | |
| JOSE MAXIMILIANO MONTECINOS, et al., | |
| Defendants / | |

Pursuant to Civil Local Rule 72-1, plaintiff's "Application for Appearance and Examination Under FRCP 69(a) and Under C.C.P. § 708.11(a)," filed June 25, 2014, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: June 27, 2014

MAXINE M. CHESNEY
United States District Judge