DAVID J. COOK, ESQ. (State Bar # 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street, San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 56,484

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE MAXIMILIANO MONTECINOS doing business as Coco's Bar; MARIA ALICIA MONTECINO doing business as Coco's Bar, <br><br> Defendants, | Case No. 3:09-cv-00218-MMC <br><br> ORDER DIRECTING CLERK TO ISSUE ALIAS WRIT OF EXECUTION |

Based upon the Declaration of David J. Cook, Esq., and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue an Alias Writ of Execution in lieu of the missing original thereof.

DATED: July 2, 2014

_____
Maxine M. Chesney
Senior District Judge

ORDER DIRECTING CLERK TO ISSUE ALIAS WRIT OF EXECUTION