**DAVID J. COOK, ESQ. (State Bar # 060859)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street, San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@squeezebloodfromturnip.com
File No. 56,484

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE MAXIMILIANO MONTECINOS doing business as Coco's Bar; MARIA ALICIA MONTECINO doing business as Coco's Bar, <br><br> Defendants, | Case No. 3:09-cv-00218-MMC <br><br> AMENDED ORDER FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) [ENFORCEMENT OF JUDGMENT- JUDGMENT DEBTOR] |

TO DEFENDANTS JOSE MAXIMILIANO MONTECINOS doing business as Coco's Bar; MARIA ALICIA MONTECINO doing business as Coco's Bar:

YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in the enforcement of a money judgment against you, and to bring with you all those certain books, letters, papers and files which are listed on Exhibit "A" and incorporated by reference herein.

Date: ~~August 22, 2014~~  August 27, 2014

Time: ~~9:00 a.m.~~  10:00 a.m.

Courtroom: ~~7, 19th Floor~~  A, 15th Floor

Location: 450 Golden Gate Avenue, San Francisco, CA 94102

1  This order may be served by a sheriff, marshal, registered process server, or the following
2  specially appointed person: ATTORNEY SERVICE OF SAN FRANCISCO
3  This order must be served not less than 10 days before the date set for the examination.
4  NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the
5  court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.
6
7  DATED:  July 7, 2014



IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

ORDER FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) -
CASE NO. 3:09-cv-00218-MMC                                                                                        2

# EXHIBIT "A"

## DESCRIPTIVE LIST OF RECORDS OF THE JUDGMENT DEBTOR TO BE PRODUCED AT THE HEARING ON THE JUDGMENT DEBTOR EXAMINATION OF THE JUDGMENT DEBTOR UNDER C.C.P. § 708.110 ETC.

### A. FINANCIAL RECORDS

1. All financial statements for the last three years of the judgment debtor, including balance sheets, profit and loss statements, income statements.

2. All general ledgers and journals for the last three years of the judgment debtor.

3. All canceled checks, bank statements and other items which appear in any bank statement, check registers, check books, bank reconciliations, deposit slips for any deposit, copies of any checks deposited in any bank account, copies of checks which are cashed, receipts of purchases of any cashiers checks, confirmation or notifications of any wire transfers of any type or nature and notes or reports from bookkeepers pertaining to any bank statement of the Judgment Debtor(s).

4. All loan files for the loan of any money from any person or party of the Judgment Debtor.

### B. AGREEMENTS

5. Any contracts, agreements, leases and other business files of the Judgment Debtor.

6. All applications for credit with any vendor, financial institutions, creditors and third parties of the Judgment Debtor.

7. All vendor contracts of the Judgment Debtor.

8. All leases for the lease or rental for office space of the Judgment Debtor.

9. All agreements with any and all officers, directors, employees, independent contracts of Judgment Debtor(s).

10. All bills, dunning notices, claims for payment of money, statements, demands, lawsuits, vendor contracts to and from any vendor, supplier, employee, creditor who has supplied goods or services to Judgment Debtor(s).

11. Any and all agreements, notices, letters, correspondence, written memorandum, bulk sales notices, notice of transfer, disposition, lien, mortgage of any assets of Judgment

1

Debtor(s) to any person or party, outside the ordinary course of business at any time.

12.     Any and all joint venture agreements, partnership agreements, agreements with any officer, director, shareholder, affiliate, subdivision, subsidiary of Judgment Debtor(s) to provide any goods or services, commence or prosecute any contract or other any business activity.

### C.  CORPORATE RECORDS

13.     All Articles of Incorporation, Bylaws, Minutes of Meetings of Shareholders and Directors of Judgment Debtor(s).

14.     All stock books, stock subscription agreements, issued shares of stock, agreements to pay any consideration for issuance of shares of stock, agreements with any shareholder for the issuance, sale or exchange of shares of stock to Judgment Debtor(s).

15.     All permits, licenses or certificates of waivers of any permit, license or certificate with any state, federal or other government agency for the issuance of any shares of stock to any person on behalf of the Judgment Debtor(s).

### D.  LICENSES AND PERMITS

16.     Any and all licenses issued by any state, county, city or other governmental entity by which to conduct any business of the Judgment Debtor.

17.     Any fictitious business statement by, for and on behalf of the Judgment Debtor to conduct business of the Judgment Debtor.

18.     Any professional license issued by any state licensing agency to conduct any business of the Judgment Debtor.

19.     Any county or city health permit to conduct any business of the Judgment Debtor.

### E.  GENERAL RECORD REQUEST

20.     All lists of assets of the Judgment Debtor.

21.     All lists of liabilities of the Judgment Debtor.

22.     All auto registrations and pink slips of the Judgment Debtor.

23.     Any and all trust agreements of the Judgment Debtor.

24.     Any and all agreements for any safety deposit boxes of the Judgment Debtor.

25.     All employment agreements of the Judgment Debtor.

26. All accounts receivable records or billings of any type or nature.
27. All documents which refer to any money owing to the Judgment Debtor(s).
28. All Federal and State Income tax returns for the last three (3) years of the Judgment Debtor.

# PROOF OF SERVICE

JOSE MAXIMILIANO MONTECINOS
doing business as Coco's Bar
4541 Mission Street
San Francisco, CA 94112

MARIA ALICIA MONTECINO
doing business as Coco's Bar
4541 Mission Street
San Francisco, CA 94112

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) [ENFORCEMENT OF JUDGMENT-JUDGMENT DEBTOR]

ORDER FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) [ENFORCEMENT OF JUDGMENT-JUDGMENT DEBTOR]

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2014.

/s/ Karene Jen
Karene Jen