IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., | No. C 09-0218 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE COUSINS PLAINTIFF'S SECOND APPLICATION FOR APPEARANCE AND EXAMINATION** |
| v. | |
| JOSE MAXIMILIANO MONTECINOS, et al., | |
| Defendants | |

Pursuant to Civil Local Rule 72-1, plaintiff's "Second Application for Appearance and Examination Under FRCP 69(a) and Under CCP § 708.110(a)," filed September 8, 2014, is hereby REFERRED to Magistrate Judge Nathanael M. Cousins, to whom plaintiff's prior application for appearance and examination was referred, to be heard and considered at the convenience of Judge Cousins' calendar.

**IT IS SO ORDERED**.

Dated: September 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge