UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE MAXIMILIANO MONTECINOS ) <br> doing business as Coco's Bar; MARIA ) <br> ALICIA MONTECINO doing business ) <br> as Coco's Bar, ) <br> ) <br> Defendants, ) <br> _____ ) | Case No. 3:09-cv-00218-MMC <br><br> ORDER FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) <br> [ENFORCEMENT OF JUDGMENT-JUDGMENT DEBTOR] |

TO DEFENDANTS JOSE MAXIMILIANO MONTECINOS doing business as Coco's Bar; MARIA ALICIA MONTECINO doing business as Coco's Bar:

YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in the enforcement of a money judgment against you, and to bring with you all those certain books, letters, papers and files which are listed on Exhibit "A" and incorporated by reference herein.

Date: November 5, 2014

Time: 10:00 a.m.

Courtroom: A, 15th Floor

Location: 450 Golden Gate Avenue, San Francisco, CA 94102

ORDER FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) - CASE NO. 3:09-cv-00218-MMC    1

1  This order may be served by a sheriff, marshal, registered process server, or the following
2  specially appointed person: ATTORNEY SERVICE OF SAN FRANCISCO
3  This order must be served not less than 10 days before the date set for the examination.
4  NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the
5  court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

7  DATED: September 17, 2014                    _____
8                                               Nathanael Cousins
                                                United States Magistrate Judge



ORDER FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) -
CASE NO. 3:09-cv-00218-MMC                                                              2

# EXHIBIT "A"

## DESCRIPTIVE LIST OF RECORDS OF THE JUDGMENT DEBTOR TO BE PRODUCED AT THE HEARING ON THE JUDGMENT DEBTOR EXAMINATION OF THE JUDGMENT DEBTOR UNDER C.C.P. § 708.110 ETC.

### A. FINANCIAL RECORDS

1. All financial statements for the last three years of the judgment debtor, including balance sheets, profit and loss statements, income statements.

2. All general ledgers and journals for the last three years of the judgment debtor.

3. All canceled checks, bank statements and other items which appear in any bank statement, check registers, check books, bank reconciliations, deposit slips for any deposit, copies of any checks deposited in any bank account, copies of checks which are cashed, receipts of purchases of any cashiers checks, confirmation or notifications of any wire transfers of any type or nature and notes or reports from bookkeepers pertaining to any bank statement of the Judgment Debtor(s).

4. All loan files for the loan of any money from any person or party of the Judgment Debtor.

### B. AGREEMENTS

5. Any contracts, agreements, leases and other business files of the Judgment Debtor.

6. All applications for credit with any vendor, financial institutions, creditors and third parties of the Judgment Debtor.

7. All vendor contracts of the Judgment Debtor.

8. All leases for the lease or rental for office space of the Judgment Debtor.

9. All agreements with any and all officers, directors, employees, independent contracts of Judgment Debtor(s).

10. All bills, dunning notices, claims for payment of money, statements, demands, lawsuits, vendor contracts to and from any vendor, supplier, employee, creditor who has supplied goods or services to Judgment Debtor(s).

11. Any and all agreements, notices, letters, correspondence, written memorandum, bulk sales notices, notice of transfer, disposition, lien, mortgage of any assets of Judgment

1  Debtor(s) to any person or party, outside the ordinary course of business at any time.

2       12.    Any and all joint venture agreements, partnership agreements, agreements with any
3  officer, director, shareholder, affiliate, subdivision, subsidiary of Judgment Debtor(s) to provide
4  any goods or services, commence or prosecute any contract or other any business activity.

## C. CORPORATE RECORDS

6       13.    All Articles of Incorporation, Bylaws, Minutes of Meetings of Shareholders and
7  Directors of Judgment Debtor(s).

8       14.    All stock books, stock subscription agreements, issued shares of stock, agreements
9  to pay any consideration for issuance of shares of stock, agreements with any shareholder for the
10 issuance, sale or exchange of shares of stock to Judgment Debtor(s).

11      15.    All permits, licenses or certificates of waivers of any permit, license or certificate
12 with any state, federal or other government agency for the issuance of any shares of stock to any
13 person on behalf of the Judgment Debtor(s).

## D. LICENSES AND PERMITS

15      16.    Any and all licenses issued by any state, county, city or other governmental entity
16 by which to conduct any business of the Judgment Debtor.

17      17.    Any fictitious business statement by, for and on behalf of the Judgment Debtor to
18 conduct business of the Judgment Debtor.

19      18.    Any professional license issued by any state licensing agency to conduct any
20 business of the Judgment Debtor.

21      19.    Any county or city health permit to conduct any business of the Judgment Debtor.

## E. GENERAL RECORD REQUEST

23      20.    All lists of assets of the Judgment Debtor.
24      21.    All lists of liabilities of the Judgment Debtor.
25      22.    All auto registrations and pink slips of the Judgment Debtor.
26      23.    Any and all trust agreements of the Judgment Debtor.
27      24.    Any and all agreements for any safety deposit boxes of the Judgment Debtor.
28      25.    All employment agreements of the Judgment Debtor.

26. All accounts receivable records or billings of any type or nature.

27. All documents which refer to any money owing to the Judgment Debtor(s).

28. All Federal and State Income tax returns for the last three (3) years of the Judgment Debtor.

## **PROOF OF SERVICE**

JOSE MAXIMILIANO MONTECINOS
doing business as Coco's Bar
4541 Mission Street
San Francisco, CA 94112

MARIA ALICIA MONTECINO
doing business as Coco's Bar
4541 Mission Street
San Francisco, CA 94112

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

SECOND APPLICATION FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) [ENFORCEMENT OF JUDGMENT-JUDGMENT DEBTOR]

ORDER FOR APPEARANCE AND EXAMINATION UNDER FRCP 69(a) AND UNDER C.C.P. § 708.110(a) [ENFORCEMENT OF JUDGMENT-JUDGMENT DEBTOR]

on the above-named person(s) by:

__XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2014.

　　　　　　　　　　　　　　　　　　/s/   Karene Jen
　　　　　　　　　　　　　　　　　　　　Karene Jen